UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joanne M. Martin,

        Plaintiff,                  Civil No. 07-4087 (RHK/AJB)

vs.                                  **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth, a/k/a Wyeth Inc., Wyeth
Pharmaceuticals, a division of Wyeth,
a/k/a Wyeth Pharmaceuticals Inc., f/k/a
Wyeth-Ayerst Pharmaceuticals, Inc.,
Pfizer, Inc., Pharmacia & Upjohn Company
LLC, Pharmacia Corporation, Pharmacia &
Upjohn LLC, Greenstone Ltd.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 26, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge